Giles V

RECEIVED
MAY - 1 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

FILED
MAILROOM
MAY - 9 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number 1:24cv746
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. PARTIES

A. Plaintiff:

1. (a) JAMES DION PALMER (Name) (b) #301700/#406452 (Inmate number)

(c) 811 CITY HALL AVENUE (Address)

NORFOLK, VA 23510

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B. Defendant(s):

1. (a) NORFOLK SHERIFF DEPT. (Name) (b) SHERIFF (Title/Job Description)

(c) 811 CITY HALL AVENUE (Address)

NORFOLK, VA 23510

2. (a) GLENN YOUNGKIN (Name) (b) GOVERNOR (Title/Job Description)

(c) GOVERNOR'S MANSION (Address)

RICHMOND, VA

3. (a) ? (Name) (b) ATTORNEY GENERAL (Title/Job Description)

(c) ? (Address)

RICHMOND, VA 23219

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [ ] No [✓]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

1. Parties to previous lawsuit:

Plaintiff(s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county):

N/A

3. Date lawsuit filed: N/A

4. Docket number: N/A

5. Name of Judge to whom case was assigned: N/A

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :

N/A

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place:

NORFOLK CITY JAIL - COMMONWEALTH OF VA VERSUS JAMES DION PALMER - 2021 MAY

B. Does the institution listed in "A" have a grievance procedure? Yes [ ] No [ ✓ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [ ] No [ ]

2. If so, where and when:

3. What was the result?

4. Did you appeal? Yes [ ] No [ ]

5. Result of appeal:

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ✓ ] No [ ]

If your answer is Yes, what steps did you take? ~~VERBAL~~ WRITTEN COMPLAINTS TO NURSE DEPT. CONCERNING SUGAR, PROTEIN, AND IRON LEVELS.

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

N/A

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I, JAMES DION PALMER (PETITIONER), AM TRUTHFULLY, SINCERELY, CLAIM THAT THE NORFOLK CITY JAIL FOOD SERVICE MEALS LACK SUFFICENT VITAMINS, ~~AND~~ MINERALS, AND SUBSTANCE WHICH CAUSED EXTREMELY LOW SUGAR, PROTEIN, AND IRON LEVELS.

ALSO, THE NORFOLK SHERIFF DEPT. TO MY KNOWLEDGE, REFUSE TO PERFORM (COLLECT) BLOOD/LABWORK TO TEST JAMES DION PALMER'S (MY) SUGAR, IRON, AND PROTEIN LEVELS.

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. JDP (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_____ Award money damages in the amount of $_____

_____ Grant injunctive relief by_____

X Other TEST (COLLECT) BLOOD ~~LEVE~~ FOR IRON, SUGAR AND PROTEIN.

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

NORFOLK CITY JAIL # 301700 AND # 406452

EASTERN STATE HOSPITAL # 518710

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ] No [✓]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this 21 day of APRIL, 20 24.

Plaintiff James D. Palmer

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

**INSTRUCTIONS FOR FILING COMPLAINT UNDER**
**CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

1. This complaint must be legibly handwritten or typewritten and signed by the plaintiff. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. For this complaint to be filed, it must be accompanied by the **filing fee of $350.00** 28 U.S.C. § 1914(a) and a **$55.00 administrative fee.**

3. When these forms are complete, they must be mailed to the Clerk of the United States District Court for the Eastern District of Virginia. The address is listed below:

**United States District Court**
**Eastern District of Virginia**
**701 East Broad Street**
**Suite 300**
**Richmond, Virginia 23219-3528**

4. Complaints that do not conform to these instructions will be returned with a notation as to the deficiency.

5. ALL COPIES OF THE COMPLAINT MUST BE IDENTICAL. DO NOT MAIL THE FORMS TO A SPECIFIC JUDGE.

WELLS FARGO **Commercial Electronic Office - Transaction Search**
**Date Printed:02/06/2024 07:31 AM PT**

## Check 10434102 - 10.00 USD

Redemption check

CAPITAL GROUP® | AMERICAN FUNDS®

March 14, 2022
Account number *******5466 Check number 10434102 11-24/1210

PAY * TEN AND 00/100 DOLLARS * $10.00

TO THE ORDER OF
NORFOLK STATE UNIVERSITY
FBO JAMES DION PALMER #2418939
FOR TRANSCRIPT
NORFOLK VA 23504

Not valid after one year from date of issue

*21110*

Wells Fargo Bank, NA

Authorized officer [signature]

⑈010434102⑈ ⑆121000248⑆ 4600076434⑈

Seq: 5
Dep: 001731
Date: 06/13/22

For Deposit Only to
Norfolk State University 87401682
Norfolk State University
Master
Deposited by: Marche Coffey

Do not write, stamp or sign below this line
Reserved for financial institution use

**Item Details**

| | | | |
|---|---|---|---|
| Account Number | **4600076434** | Item Sequence Number | **008315783009** |
| Account Name | **CB&T REDEMPTION** | Bank Id | **121000248** |
| Check | **10434102** | As Of Date | **06/13/2022** |
| Amount | **10.00 USD Debit** | | |
| Status | **Check Paid** | | |
| Posting Date | **06/13/2022** | | |

© Copyright 2024 Wells Fargo. All rights reserved.

JAMES DION PALMER - SSN# 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
NORFOLK STATE UNIVERSITY - DECEMBER 1992
B.S. IN TECHNOLOGY EDUCATION
AUGUST 1988 - DECEMBER 1992

James D. Palmer

WELLS FARGO

**Commercial Electronic Office - Transaction Search**
**Date Printed:02/06/2024 07:22 AM PT**

## Check 74046095 - 10.00 USD


CAPITAL GROUP | AMERICAN FUNDS

WASHINGTON MUTUAL INVESTORS FUND-A
November 15, 2022
Account number 62305466-1 Check number 74046095
11-24/1210

PAY TEN AND 00/100************************************ DOLLARS $*************10 00

TO THE ORDER OF
ILLINOIS STATE UNIVERSITY
FBO JAMES D PALMER #406452
TRANSCRIPT REQUEST

Wells Fargo Bank
Authorized officer

⑈74046095⑈ ⑆121000248⑆ 4123102766⑈

For Deposit Only Illinois State University

ISU REGISTRARS OFFICE
TRANSCRIPT ACCOUNT
FOR DEPOSIT ONLY

ENDORSE HERE

BY ENDORSING THIS REPLACEMENT CHECK, YOU AGREE TO INDEMNIFY THE MAKER FOR ALL LOSSES RESULTING FROM THE PAYMENT OF THE ORIGINAL CHECK

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Session: 28220
ID: JLHALSE 08:25AM
Received From:
Hon AR Code: 34701
Total:
10.00
10.00
12/16/22

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

### Item Details

| | | | |
|---|---|---|---|
| Account Number | **4123102766** | Item Sequence Number | **008721568638** |
| Account Name | **CB&T Repalcement Account** | Bank Id | **121000248** |
| Check | **74046095** | As Of Date | **12/16/2022** |
| Amount | **10.00 USD Debit** | | |
| Status | **Check Paid** | | |
| Posting Date | **12/16/2022** | | |

© Copyright 2024 Wells Fargo. All rights reserved.

JAMES DION PALMER
ILLINOIS STATE UNIVERSITY - AUGUST 1996
M.S. IN INDUSTRIAL TECHNOLOGY
STUDENT ID # 1000474014
AUGUST 1994 - AUGUST 1996

James D. Palmer

Check 72869209 - 20.00 USD

CAPITAL GROUP® | AMERICAN FUNDS®

Redemption check

August 12, 2019

Account number *******5466 Check number 72869209 11-24/1210

PAY * TWENTY AND 00/100 DOLLARS * $20.00

TO THE ORDER OF

UNITED STATES TREASURY
FBO JAMES D PALMER # 1136645
CRIMINAL JUSTICE INFO SERVICES DIV
CLARKSBURG WV 26306

Not valid after one year from date of issue

*24110*

Wells Fargo Bank, NA

Authorized officer [signature]

⑈072869209⑈ ⑆121000248⑆ 4600076434⑈

FRB CLEVELAND
> 041036033 <
US Treas DG - OTCNET
08/22/2019

Do not write, stamp or sign below this line
Reserved for financial institution use

ease endorse here

33960733

**Item Details**

| | | | |
|---|---|---|---|
| Account Number | 4600076434 | Item Sequence Number | 008417635037 |
| Account Name | CB&T REDEMPTION | Bank ID | 121000248 |
| Check | 72869209 | | |
| Amount | 20.00 USD Debit | | |
| Status | Check Paid | | |
| Posting Date | 08/22/2019 | | |
| As of Date | 08/22/2019 | | |

JAMES DION PALMER - SSN# 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
CHECK - CRIMINAL HISTORY SUMMARY REPORT
(RAP SHEET) - YET TO RECEIVE

James D. Palmer